# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE SNYDER,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:24-cv-00786-RFB-NJK<br><br>**Order**<br><br>[Docket No. 8] |

Pending before the Court is a joint discovery plan seeking special scheduling review. Docket No. 8. The Court hereby **SETS** a hearing for 9:00 a.m. on June 18, 2024, in Courtroom 3C.

In addition, the parties are **ORDERED** to exchange initial disclosures as proposed on June 13, 2024.

IT IS SO ORDERED.

Dated: June 7, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1