Todd E. Kennedy, Esq. (SBN #6014)
**KENNEDY & COUVILLIER, PLLC**
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Tel: (702) 605-3440
Fax: (702) 625-6367
tkennedy@kclawnv.com
*Attorneys for Plaintiff Annette Snyder*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE SNYDER, an individual. <br><br> Plaintiff <br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM, a foreign insurance corporation licensed to do business in the state of Nevada; DOES 1-5; and ROE Corporations 6-10, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-00786-RFB-NJK <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Annette Snyder and State Farm Mutual Automobile Insurance Company dba State Farm stipulate as follows:

1. The Parties have settled their dispute and this action may be dismissed, with prejudice, each party to bear their own fees and costs.

Dated this 25th day of November, 2024.

…

…

…

…

…

…

| | |
|---|---|
| 1   KENNEDY & COUVILLER | MESSNER REEVES, LLP |

KENNEDY & COUVILLER

*/s/ Todd Kennedy*

Todd E. Kennedy, Esq. (Bar No. 6014)
3271 E. Warm Springs Road
Las Vegas, NV 89120
(702) 667-4848
tkennedy@kclawnv.com

MESSNER REEVES, LLP

/s/ Renee M. Finch, Esq.

Renee M. Finch, Esq. (Bar No. 13118)
8945 West Russel Road, Ste. 300
Las Vegas Nevada 89148
(702) 363-5100
rfinch@messner.com

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** November 26, 2024

KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Rd. • Las Vegas, NV 89120
Ph. (702) 605-3440 • FAX: (702) 625-6367
www.kclawnv.com